1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JANIS L. SAMMARTINO)**

11 | **UNITED STATES OF AMERICA**, ) Case No. 22CR0943-JLS
)
12 | **Plaintiff,** )
)
13 | v. )
)
14 | **NEYMAN REYES CASTRO,** ) **ORDER TO CONTINUE**
) **MOTION HEARING/TRIAL SETTING**
15 | )
**Defendant.** )

16

17 Pursuant to joint motion,  the motion hearing/trial setting  is continued from May

18 27, 2022 to June 17, 2022 at 1:30 P.M. so that Mr. Reyes Castro may enter a guilty plea.

19 Time is excluded pursuant to 18 U.S.C. § 3161(h)(7) (ends of justice)**.**

20 **SO ORDERED.**

21 Dated:  May 19, 2022

22 Hon. Janis L. Sammartino
United States District Judge